# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-1009** | **September Term, 2024** |
| | **CMCR-AE 955J / AE 956J / AE 957I** |
| | **Filed On:** January 7, 2025 |

In re: United States of America,

      Petitioner

      **BEFORE:**    Millett, Wilkins, and Rao, Circuit Judges

## O R D E R

      Upon consideration of the petition for writ of mandamus and the emergency motion for stay, it is

      **ORDERED** that any responses by Khalid Shaikh Mohammad, Walid bin 'Attash, and Mustafa al Hawsawi to the emergency motion for stay are due by 11:59 p.m. on Wednesday, January 8, 2025. The parties are encouraged to coordinate and, if possible, to file a joint response. Any reply is due by noon on Thursday, January 9, 2025.

### Per Curiam

      **FOR THE COURT:**
      Clifton B. Cislak, Clerk

      BY:   /s/
             Daniel J. Reidy
             Deputy Clerk