[ARGUMENT NOT YET SCHEDULED]
**UNITED STATES COURT OF APPEALS**
*for the* **District of Columbia Circuit**

|  |  |
|---|---|
| In re: UNITED STATES, *Petitioner* | No. 25-1009 <br><br> **MOTION TO FILE AN OVERSIZED BRIEF IN OPPOSITION TO THE GOVERNMENT'S EMERGENCY MOTION FOR A STAY** <br><br> Dated: January 8, 2025 |

COMES NOW, Respondent, Khalid Sheikh Mohammad, and moves this honorable Court pursuant to Fed. R. App. Pro. 27 and Circuit Rules 21(e) and 27(g) to grant him leave to exceed the word limit for his Brief in Opposition to Petitioner's Emergency Motion for a Stay Pending a Ruling on the Petition for a Writ of Mandamus and Prohibition and for an Administrative Stay Pending Disposition of the Stay Motion, filed the same day with this Court.

As lodged with the Court, the Respondent's opposition brief contains 7,414 words, which exceeds the 5,200 limit mandated by Rule 27(E)(2). Respondent's need for the additional length principally arises from the fact that he was afforded approximately 30 hours to respond to Petitioner's motion for an emergency stay, which itself is 22 pages in length. The compressed timetable has limited Respondent's ability to both respond to the myriad substantive arguments the

government raised and to also edit his opposition brief down into compliance with Rule 27(E)(2)'s word limitations.

The government's emergency motion seeks the stay of the entry of Respondent's plea this Friday, January 10, 2025, in a military commission prosecution that has been pending for the better part of two decades. The government "has been aware of the scheduled date for this hearing since 12 November 2024." Pet.Ex.C, at 2. As the military commission judge presiding over this case observed, "the Prosecution was not precluded from concurrently planning a litigation strategy and drafting a shell of potential briefs to be filed with the D.C. Circuit based on a reasonable possibility the C.M.C.R. would deny its Petition." *Id*., at 2-3. Nevertheless, the government delayed filing its writ of mandamus and accompanying emergency motion for a stay until the afternoon of January 7, 2025.

Respondent has no interest in belaboring the issues before this Court, but the tight schedule has left Respondent little time to consolidate arguments that might be case dispositive in his capital prosecution. Given the stakes, Respondent must address novel, complex, and nuanced questions that the government has sought to put before this Court in a novel procedural posture. That includes responding to the government's arguments respecting its likelihood of success on the merits of its mandamus petition, which totals another 20 pages of argument. And Respondent must rebut the government's sweeping claims respecting how it and the public will

2

suffer irreparable harm if three of co-defendants in the September 11th case are not given the death penalty.

    Given the gravity, complexity, and novelty of the arguments the government has asked this Court to resolve via mandamus, and the unusually short period of time Respondent has been afforded to address them, Respondent respectfully requests that this Court accept his brief at a length of 7,414 words.

    Respectfully submitted,

Dated: January 8, 2025

/s/    Michel Paradis
Michel Paradis
U.S. Department of Defense
Military Commission Defense Organization
1620 Defense Pentagon
Washington, DC 20301

*Counsel for Respondent*

3

## CERTIFICATE OF COMPLIANCE

1. This Motion complies with the volume limitations of Fed. R. App. P. 27(d)(2) because this motion contains 454 words.

2. As required by Fed. R. App. P. 27(d)(1)(E), this Motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionately spaced typeface using Microsoft Word in 14 point font size and Times New Roman type style.

3.

Dated: January 8, 2025                    /s/    Michel Paradis
                                          Michel Paradis

                                          *Counsel for Respondent*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2025, a copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent to all parties by operation of this Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: January 8, 2025

                                          Respectfully submitted,

                                          /s/ Michel Paradis
                                          *Counsel for Respondent*