# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1009**                                                               **September Term, 2024**

**CMCR-AE 955J / AE 956J / AE 957I**

**Filed On:** January 13, 2025

In re: United States of America,

        Petitioner


       **BEFORE:**     Millett, Wilkins, and Rao, Circuit Judges

### O R D E R

It is **ORDERED**, on the court's own motion, that this case be scheduled for oral argument on January 28, 2025 at 9:30 a.m.

The time and date of oral argument will not change absent further order of the Court.

A separate order will be issued regarding the allocation of time for argument.

### Per Curiam

                                                          **FOR THE COURT:**
                                                          Clifton B. Cislak, Clerk

                                      BY:    /s/
                                                          Michael C. McGrail
                                                          Deputy Clerk

The following forms and notices are available on the Court's website:

Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)