# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1009**                          **September Term, 2024**

**CMCR-AE 955J / AE 956J / AE 957I**

**Filed On: January 27, 2025** [2096778]

In re: United States of America,

      Petitioner

    **BEFORE:**   Millett, Wilkins, and Rao, Circuit Judges

### O R D E R

Upon consideration of the motion of movant al Baluchi to intervene in response to the petition for writ of mandamus and prohibition, the opposition thereto, and the lodged response to the mandamus petition; and the motion of respondents Khalid Sheikh Mohammad and Mustafa Al Hawsawi for leave to file their brief and appendix in opposition to petitioner's petition for writ of mandamus out of time, and the lodged corrected brief and lodged corrected joint appendix, it is

**ORDERED** that the motion for leave to intervene be denied. It is

**FURTHER ORDERED** that respondents' motion for leave to file out of time be granted. The Clerk is directed to file the lodged corrected brief and lodged corrected joint appendix.

### Per Curiam

            **FOR THE COURT:**
            Clifton B. Cislak, Clerk

      BY:   /s/
            Michael C. McGrail
            Deputy Clerk