# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-1009**                                                **September Term, 2024**

CMCR-AE 955J / AE 956J / AE 957I

**Filed On:** January 30, 2025

In re: United States of America,

       Petitioner

**BEFORE:**    Millett, Wilkins, and Rao, Circuit Judges

## O R D E R

It is **ORDERED**, on the court's own motion, that counsel for Khalid Sheikh Mohammed and Mustafa Al Hawsawi provide as promptly as possible a complete transcript of the August 1, 2024 hearing before the military judge, including a cover page that identifies all counsel and their clients.

**Per Curiam**

                                                      **FOR THE COURT:**
                                                      Clifton B. Cislak, Clerk

                                  BY:    /s/
                                                      Michael C. McGrail
                                                      Deputy Clerk