# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1009**                                         **September Term, 2024**

**CMCR-AE 955J / AE 956J / AE 957I**

**Filed On: February 7, 2025** [2099345]

In re: United States of America,

      Petitioner

    **BEFORE:**   Millett, Wilkins, and Rao, Circuit Judges

### O R D E R

Upon consideration of the motion of the September Eleventh Families for Peaceful Tomorrows and Fifty-Three Individual 9/11 Victim Family Members as amici curiae in support of respondents urging denial of a writ of mandamus, and the lodged brief amici curiae, it is

**ORDERED** that the motion be granted.  The Clerk is directed to file the lodged brief amici curiae.

### Per Curiam

                            **FOR THE COURT:**
                            Clifton B. Cislak, Clerk

                BY:   /s/
                            Michael C. McGrail
                            Deputy Clerk