# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-1009**  September Term, 2024

CMCR-AE 955J / AE 956J / AE 957I

**Filed On:** March 4, 2025

In re: United States of America,

      Petitioner

**BEFORE:**    Millett, Wilkins, and Rao, Circuit Judges

## O R D E R

It is **ORDERED**, on the court's own motion, that the government provide as promptly as possible a complete transcript of the August 2, 2024 hearing before the military commission judge in this case, including a cover page that identifies all counsel and their clients.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk