**UNDER SEAL**

ORAL ARGUMENT HELD ON JANUARY 28, 2025
**UNITED STATES COURT OF APPEALS**
*for the* **District of Columbia Circuit**

|  |  |
|---|---|
| ) | No. 25-1009 |
| ) | |
| ) | |
| In re: UNITED STATES, ) | **RESPONSE TO ORDER OF** |
| ) | **March 4, 2025** |
| *Petitioner*. ) | |
| ) | |
| ) | March 7, 2025 |
| ) | |

On March 5, 2025, pursuant to this Court's order of March 4, 2025, the

government submitted a redacted copy of the transcript from the military

commission proceedings held in this case on August 2, 2024. To assist the Court's

understanding of the matters discussed in that transcript, Respondents submit the

following statement of surrounding circumstances that are not apparent on the face

of the transcript, either because they were not recorded by the court reporter, or

because they are reflected in other aspects of the record below:

1.     At the beginning of the hearing on August 2, 2024, counsel for the

government states "We have a proposal for the way ahead for next week that we

have consulted with the defense counsel on." R.49415. He then proposes, *inter*

*alia*, the taking of Mr. Mohammad and Mr. Hawsawi's pleas the following week.

███████████████████████████████████████████

███████████████████████████████████████████

1

 Counsel for the government's request on the record was therefore made in performance of the parties' promise contained in ¶ 57 of Respondents' pre-trial agreements.

2.    The witness called to testify on August 2, 2024, was Special Agent Joyce, who was included on both Mr. Mohammed and Mr. Hawsawi's witness lists. Without disclosing the classified information contained in the redacted portions of the transcript submitted to this Court, Respondents can represent that Special Agent Joyce testified about the circumstances of Respondents' detention in the black sites, and that she had direct knowledge of the identities of potential witnesses Respondents had been seeking. Respondents waived their right to question Special Agent Joyce as to these matters because doing so was required by the parties' mutual understanding of the promises contained in ¶¶ 5, 23 of their pretrial agreements.

3.    The government's response to this Court order indicates that learned counsel for Mr. Mohammad (Mr. Sowards) entered an appearance at the hearing

on August 2, 2024. This is not correct. To assure performance of the parties'
mutual understanding of the promises contained in ¶¶ 5, 23 of Mr. Mohammad's
pretrial agreement, learned counsel for Mr. Mohammad (Mr. Sowards) did not
enter an appearance at the hearing on August 2, 2024. R.49414. He entered the
courtroom briefly before a recess to confer with the observer present from Mr.
Mohammed's defense team and left the courtroom shortly after. R.49448. By court
rule, all defense counsel must be present for all proceedings unless the accused has
waived their presence. Mil. Comm. Rules of Practice 4.3.2.3. Mr. Mohammad
waived his counsel's presence on August 2, 2024, and did not personally appear in
the courtroom because doing so was required by the parties' mutual understanding
of the promises contained in ¶¶ 5, 23 of his pretrial agreement.

4.      While learned counsel for Mr. Hawsawi (Mr. Ruiz) did appear at the
hearing on August 2, 2024, he did so solely to support the parties' joint request,
discussed at #1 above, to schedule Mr. Hawsawi's entry of plea the following
week. R.49419. It was in this context that learned counsel for Mr. Hawsawi (Mr.
Ruiz) emphasized, "We have not been engaging in any examination of the witness.
In fact, we are abstaining from that. And we believe that is specific performance on
that plea agreement." R.49420-21. Though it is not noted in the transcript, learned
counsel for Mr. Hawsawi (Mr. Ruiz) left the courtroom shortly thereafter. Mr.
Hawsawi waived his counsel's presence on August 2, 2024, and did not personally

appear in the courtroom, because doing so was required by the parties' mutual

understanding of the promises contained in ¶¶ 5, 23 of his pretrial agreement.

5.      At the hearing on August 2, 2024, counsel for the government argued

in support of the parties' joint request to enter Respondents' pleas the following

week by stating that the parties had undertaken a "very belt-and-suspenders

approach on the way we worked the Stipulations of Fact specifically in order to get

through what we believe is a limited inquiry on the colloquy." R. 49416-49417.

The stipulations were entered into the record on August 1, 2024 and counsel for the

government's statement was made to assure Col McCall that the timing

contemplated by the parties' request was feasible. Further explanation of what was

meant by "very belt-and-suspenders approach" is provided in subsequent pleadings

jointly submitted by counsel for the government and Respondents to Col McCall,

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████ Attachment B-76;

Attachment C-66.

**UNDER SEAL**

In support of this response, Respondents submit the following attachments:

A.    Email Correspondence, August 1, 2024

B.    *United States v. Mohammad*, AE 955M (GOV KSM),
      November 22, 2024

C.    *United States v. Mohammad*, AE 957N (GOV MAH),
      December 5, 2024

Attachments B and C are presently under the seal of the military commission.


Respectfully submitted,

| | |
|---|---|
| Walter B. Ruiz | /s/    Michel Paradis |
| Suzanne M. Lachelier | Michel Paradis |
| Sean M. Gleason | Gary Sowards |
| Maj. Kerry A. Mawn, JA, USAF | Denny LeBoeuf |
| Maj. Patrick C. Tipton, JA, USAF | Delphine Lourtau |
| Military Commission Defense | Nicholas McCue |
| Organization | Gabriela McQuade |
| 1620 Defense Pentagon | Melanie Partow |
| Washington, DC 20301-1620 | Maj. Michael Leahy, USAF |
| | Maj. Elspeth Theis, USAF |
| *Counsel for Respondent,* | LT William Xu, JAGC, USN |
| *Mustafa Al Hawsawi* | Military Commission Defense |
| | Organization |
| | 1620 Defense Pentagon |
| | Washington, DC 20301-1620 |
| | michel.d.paradis.civ@mail.mil |
| | 1.703.695.4672 |
| | |
| | *Counsel for Respondent,* |
| | *Khalid Sheikh Mohammed* |

**UNDER SEAL**

## CERTIFICATE OF COMPLIANCE WITH RULE 27
### Certificate of Compliance with Type-Volume Limitation, Typeface Requirements, and Type Style Requirements

1. This response complies with the type-volume limitations of Rule 27 because:

☒ this petition contains 946 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii), *or*

☐ this petition uses a monospaced typeface and contains _____ lines of text, excluding the parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii).

2. This petition complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

☒ this petition has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point font size and Times New Roman type style; *or*

☐ this petition has been prepared in a monospaced typeface using _____ with _____.

Dated: March 7, 2025

Respectfully submitted,
/s/ Michel Paradis
*Counsel for Respondent*

**UNDER SEAL**

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2025, a redacted copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent to all parties by operation of this Court's electronic filing system. Parties may access this filing through the Court's system. A sealed copy of this filing was sent to counsel for the government and counsel for Respondent, Mr. Bin Attash, via electronic mail.

Dated: March 7, 2025

Respectfully submitted,
/s/ Michel Paradis
*Counsel for Respondent*

PUBLIC COPY – SEALED MATERIAL DELETED

**Attachment A**

**Email Correspondence, August 1, 2024**



PUBLIC COPY - SEALED MATERIAL DELETED



A-3

PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED

**Attachment B**

***United States v. Mohammad*, AE 955M (GOV KSM),**
**November 22, 2024**

**PUBLIC COPY - SEALED MATERIAL DELETED**

CUI

**MILITARY COMMISSIONS TRIAL JUDICIARY**
**GUANTANAMO BAY, CUBA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **(U) AE 955M (GOV KSM)** |
| **v.** | **(U) Joint Notice**<br>Of Under Seal Filing |
| **KHALID SHAIKH MOHAMMAD;**<br>**WALID MUHAMMAD SALIH**<br>**MUBARAK BIN 'ATTASH;**<br>**ALI ABDUL AZIZ ALI;**<br>**MUSTAFA AHMED ADAM**<br>**AL HAWSAWI** | 22 November 2024 |

1. **(U) Notice**

(U) In accordance with the Military Commission Trial Judiciary Rules of Court, the Government provides notice that it has filed an Under Seal version of the above-captioned filing. The Under Seal version has been filed with the Clerk of Court and provided to counsel of record.

2. **(U) Attachments**

A. (U) Certificate of Service, dated 22 November 2024.

Respectfully submitted,

_____//s//_____

Clay Trivett
Managing Trial Counsel

Controlled by: DOD-OMC
Controlled by: OCP
CUI Category: PRIVILEGE
Limited Dissemination Control: CA-TJ-OCP-MCDO
POC: Dale Cox, 703-695-7033

CUI

PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED





PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED





PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



**PUBLIC COPY - SEALED MATERIAL DELETED**



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



**PUBLIC COPY - SEALED MATERIAL DELETED**



PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED





PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED





PUBLIC COPY - SEALED MATERIAL DELETED



**PUBLIC COPY - SEALED MATERIAL DELETED**



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED

**Attachment C**

*United States v. Mohammad*, AE 957N (GOV MAH),
December 5, 2024

PUBLIC COPY – SEALED MATERIAL DELETED

CUI

## MILITARY COMMISSIONS TRIAL JUDICIARY
## GUANTANAMO BAY, CUBA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **(U) AE 957N (GOV MAH)** |
| **v.** | **(U) Joint Notice** <br> Of Under Seal Filing |
| **KHALID SHAIKH MOHAMMAD;** <br> **WALID MUHAMMAD SALIH** <br> **MUBARAK BIN 'ATTASH;** <br> **ALI ABDUL AZIZ ALI;** <br> **MUSTAFA AHMED ADAM** <br> **AL HAWSAWI** | 5 December 2024 |

**1.  (U) Notice**

(U) In accordance with the Military Commission Trial Judiciary Rules of Court, the Government provides notice that it has filed an Under Seal version of the above-captioned filing.  The Under Seal version has been filed with the Clerk of Court and provided to counsel of record.

**2.  (U) Attachments**

A.  (U) Certificate of Service, dated 5 December 2024.

Respectfully submitted,

_____//s//_____
Clay Trivett
Managing Trial Counsel

Controlled by: DOD-OMC
Controlled by: OCP
CUI Category: PRIVILEGE
Limited Dissemination Control: CA-TJ-OCP-MCDO
POC: Dale Cox, 703-695-7033

CUI

PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY -- SEALED MATERIAL DELETED





PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED



**PUBLIC COPY – SEALED MATERIAL DELETED**



PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED





PUBLIC COPY -- SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED





PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED





PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



**PUBLIC COPY -- SEALED MATERIAL DELETED**





PUBLIC COPY -- SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED



**PUBLIC COPY – SEALED MATERIAL DELETED**



PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED





PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY - SEALED MATERIAL DELETED





PUBLIC COPY - SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED



PUBLIC COPY – SEALED MATERIAL DELETED



**PUBLIC COPY – SEALED MATERIAL DELETED**



**PUBLIC COPY – SEALED MATERIAL DELETED**



PUBLIC COPY - SEALED MATERIAL DELETED

