# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-1009**                              **September Term, 2024**

CMCR-AE 955J / AE 956J / AE 957I

**Filed On:** April 14, 2025

In re: United States of America,

      Petitioner

**BEFORE:**    Millett, Wilkins, and Rao, Circuit Judges

**O R D E R**

It is **ORDERED**, on the court's own motion, that the government file with the court, as promptly as possible, complete appendices as filed by all parties that were filed in the Court of Military Commission Review, and complete copies of the pleadings identified as AE 955(GOV), AE 956(GOV), AE 957(GOV), including attachments, if they are not included in those appendices.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Michael C. McGrail
Deputy Clerk