# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 25-1009** | **September Term, 2024** |
| | CMCR-AE 955J / AE 956J / AE 957I |
| | **Filed On:** July 11, 2025 |

In re: United States of America,

      Petitioner

    **BEFORE:**    Millett, Wilkins, and Rao, Circuit Judges

### O R D E R

Upon consideration of the petition for writs of mandamus and prohibition, the responses thereto, and the reply; petitioner's emergency motion for a stay pending a ruling on the petition for writs of mandamus and prohibition and for an administrative stay pending disposition of the stay motion, the responses thereto, and the reply; and argument by counsel, it is

**ORDERED** that the petition for writs of mandamus and prohibition be granted; that the military judge's order of November 6, 2024, preventing the Secretary of Defense's withdrawal from the pretrial agreements, be vacated; and that the military judge be prohibited from conducting hearings in which the Respondents would enter guilty pleas or take any other action pursuant to the withdrawn pretrial agreements, in accordance with the opinion of the court filed herein this date. It is

**FURTHER ORDERED** that the stay pending disposition of the petition will be dissolved in 21 days, when this order becomes effective. *See* D.C. Cir. Rule 41(a)(3).

### Per Curiam

                                 **FOR THE COURT:**
                                 Clifton B. Cislak, Clerk

                    BY:    /s/
                            Michael C. McGrail
                            Deputy Clerk

Opinion for the Court by Circuit Judges Millett and Rao.
Opinion concurring in part and dissenting in part filed by Circuit Judge Wilkins.