# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-1009**                  **September Term, 2024**

**CMCR-AE 955J / AE 956J / AE 957I**

**Filed On:** July 11, 2025

In re: United States of America,

     Petitioner

    **BEFORE:**    Millett, Wilkins, and Rao, Circuit Judges

### O R D E R

    Upon consideration of the court's order to show cause filed January 15, 2025, the government's response and notice regarding public copies, and the reply; and the motion of Media Coalition to intervene for the limited purpose of unsealing pre-trial agreements ("PTAs") filed in this appeal, the response thereto, and the reply; and the lodged the motion of Media Coalition to unseal the pre-trial agreements at issue in this appeal, the responses thereto, and the reply, it is

    **ORDERED** that the order to show cause be discharged. It is

    **FURTHER ORDERED** that the motions be dismissed as moot in light of the court's opinion issued herein this date.

### Per Curiam

                                           **FOR THE COURT:**
                                           Clifton B. Cislak, Clerk

                       BY:    /s/
                                            Michael C. McGrail
                                            Deputy Clerk