# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-1009**                       **September Term, 2024**

CMCR-AE 955J / AE 956J / AE 957I

**Filed On:** July 30, 2025

In re: United States of America,

        Petitioner

       **BEFORE:** Millett, Wilkins, and Rao, Circuit Judges

## O R D E R

Upon consideration of respondents' unopposed motion for a 30-day extension of time within which to file a petition for panel rehearing or rehearing en banc, it is

**ORDERED** that the motion be granted. Any petition for rehearing is now due no later than September 24, 2025.

**Per Curiam**

                                                        **FOR THE COURT:**
                                                        Clifton B. Cislak, Clerk

                            BY:     /s/
                                             Lillian Wright
                                             Deputy Clerk