# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-1009**             **September Term, 2025**

**CMCR-AE 955J / AE 956J / AE 957I**

**Filed On:** September 30, 2025

In re: United States of America,

       Petitioner

### O R D E R

It is **ORDERED**, on the court's own motion, that respondents' motion for recusal or disqualification of Judge Katsas be dismissed as moot.

                                   **FOR THE COURT:**
                                   Clifton B. Cislak, Clerk

                   BY:     /s/
                                   Daniel J. Reidy
                                   Deputy Clerk

USCA Case #25-1009    Document #2137906    Filed: 09/30/2025    Page 1 of 1