# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 25-1009** | **September Term, 2025** |
| | **CMCR-AE 955J / AE 956J / AE 957I** |
| | **Filed On:** October 1, 2025 |

In re: United States of America,

      Petitioner

## O R D E R

Upon consideration of respondents' petitions for rehearing en banc, it is

**ORDERED**, on the court's own motion, that within 15 days of the date of this order, petitioner file responses to the petitions for rehearing en banc. The responses may not exceed 3,900 words. Absent an order of the court, a reply to the responses will not be accepted for filing.

 

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
       Lillian Wright
       Deputy Clerk