# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-1009**                                **September Term, 2025**

CMCR-AE 955J / AE 956J / AE 957I

**Filed On:** October 8, 2025

In re: United States of America,

       Petitioner

**BEFORE:**    Srinivasan*, Chief Judge; Henderson*, Millett, Pillard, Wilkins, Katsas*, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

### O R D E R

Upon consideration of petitioner's unopposed motion for a stay of response deadline in light of lapse of appropriations, it is

**ORDERED** that the motion be granted. The government's deadline to respond to the petition for rehearing en banc is stayed until Congress has restored appropriations to the Department of Justice. When appropriations are restored, the deadline will be extended for the number of days commensurate with the duration of the lapse in appropriations, plus an additional 14 days.

### Per Curiam

                                                     **FOR THE COURT:**
                                                     Clifton B. Cislak, Clerk

                  BY:     /s/
                             Daniel J. Reidy
                             Deputy Clerk

---

* Chief Judge Srinivasan and Circuit Judges Henderson and Katsas did not participate in this matter.