# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-1009**    **September Term, 2025**

CMCR-AE 955J / AE 956J / AE 957I

**Filed On:** November 21, 2025

In re: United States of America,

      Petitioner

## O R D E R

Upon consideration of the Per Curiam Order issued on October 8, 2025, granting petitioner's motion for a stay of the rehearing response deadline in light of the lapse in appropriations, and the restoration of appropriations on November 12, 2025, it is

**ORDERED** that petitioner file responses to the petitions for rehearing en banc by no later than December 11, 2025. The responses may not exceed 3,900 words. Absent an order of the court, replies to the responses will not be accepted for filing.

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                      BY:    /s/
                              Daniel J. Reidy
                              Deputy Clerk