# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-1009**                            **September Term, 2025**

CMCR-AE 955J / AE 956J / AE 957I

**Filed On:** December 9, 2025

In re: United States of America,

       Petitioner

**BEFORE:**    Millett, Wilkins, and Rao, Circuit Judges

## O R D E R

Upon consideration of respondents' motion for stay of proceedings before the military commission pending consideration of the petitions for rehearing en banc; the opposition thereto, including petitioner's concession that any litigation before the military commission while the pretrial agreements are not in effect will not serve as grounds for the government to later invalidate reinstated versions of those agreements; the reply; and the letter, it is

**ORDERED** that the motion be denied.

**Per Curiam**

                          **FOR THE COURT:**
                          Clifton B. Cislak, Clerk

                BY:    /s/
                          Lillian Wright
                          Deputy Clerk