# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 25-1009                                    September Term, 2025

CMCR-AE 955J / AE 956J / AE 957I

Filed On: January 6, 2026

In re: United States of America,

        Petitioner

**BEFORE:**    Srinivasan,* Chief Judge; Henderson,* Millett, Pillard, Wilkins,** Katsas,* Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Respondents' petitions for rehearing en banc and the response thereto were circulated to the full court, and a vote was requested. Thereafter, a majority of the judges eligible to participate did not vote in favor of the petitions. Upon consideration of the foregoing and the motions for invitation to file briefs of *amici curiae* in support of rehearing en banc by the Military Commissions Defense Organization, the National Association of Criminal Defense Lawyers, and the September Eleventh Families for Peaceful Tomorrows organization, et al.; the lodged *amici curiae* briefs; the motions for leave to file replies in support of the petitions; and the lodged replies, it is

**ORDERED** that the motions for invitation to file briefs as *amici curiae* in support of rehearing en banc be granted. The Clerk is directed to file the lodged briefs. It is

**FURTHER ORDERED** that the motions for leave to file replies in support of the petitions for rehearing en banc be denied. It is

**FURTHER ORDERED** that the petitions be denied.

### Per Curiam

                                                      **FOR THE COURT:**
                                                      Clifton B. Cislak, Clerk

                                      BY:    /s/
                                                      Lillian Wright
                                                      Deputy Clerk

*Chief Judge Srinivasan and Circuit Judges Henderson and Katsas did not participate in this matter.

**Circuit Judge Wilkins would grant the petitions for rehearing en banc and the motions for leave to file replies.