# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 1, 2026

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333  Constitution Avenue, NW
Washington, DC  20001

      Re:  Walid bin 'Atash
            v. United States
            No. 25-1335
            (Your No. 25-1009)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 21, 2026 and placed on the docket June 1, 2026 as No. 25-1335.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst