# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 29, 2026

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333  Constitution Avenue, NW
Washington, DC  20001

      Re:  Khalid Shaikh Mohammad, et al.
            v. United States
            No. 25M91
            (Your No. 25-1009)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of petitioner for leave to file a petition for a writ of
certiorari with the supplemental appendix under seal is granted.   Justice
Kavanaugh took no part in the consideration or decision of this petition.

Sincerely,

**Scott S. Harris**, Clerk