# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-1009**                                    **September Term, 2025**

**CMCR-AE 955J / AE 956J / AE 957I**

**Filed On:** August 7, 2026

In re: United States of America,

     Petitioner


**BEFORE:**    Millett, Wilkins, and Rao, Circuit Judges

### O R D E R

Upon consideration of petitioner's unopposed motion for a 14-day extension of time to file a response to respondents' motion to clarify, it is

**ORDERED** that the motion be granted. Any response is now due no later than August 24, 2026.


**Per Curiam**


                                   **FOR THE COURT:**
                                   Clifton B. Cislak, Clerk

                      BY:    /s/
                                   Ellie F. Kemper
                                   Deputy Clerk