# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-1009** **September Term, 2026**

**CMCR-AE 955J / AE 956J / AE 957I**

**Filed On:** November 24, 2026

In re: United States of America,

Petitioner

**BEFORE:** Millett, Wilkins, and Rao*, Circuit Judges

## ORDER

Upon consideration of the redacted and sealed versions of the motion to clarify, the redacted and sealed versions of the response thereto, and the reply, it is

**ORDERED** that the motion to clarify be granted in part and denied in part. The motion to clarify the mandamus order to allow Respondents to further litigate the lawfulness of the Secretary's withdrawal is DENIED. Because those arguments were not raised before this court during the mandamus proceeding, they are forfeited.

The motion to clarify that the mandamus order does not address the plea agreements' provisions pertaining to whether [redacted] *see* Pet. Ex. D at 14, ¶ 40 (sealed); Pet. Ex. F at 14, ¶ 39 (sealed), is GRANTED. That issue was not before this court and could not have been addressed by its opinion; the mandamus order therefore does not bar the Military Commission from considering the issue.

**Per Curiam**

**FOR THE COURT:**

Clifton B. Cislak, Clerk

BY: /s/

Daniel J. Reidy
Deputy Clerk

*Circuit Judge Rao would deny the motion in its entirety.